# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVVIER FITNESS LLC, a California Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; TARGET BRANDS, INC., a Minnesota Corporation; and Does 1-10,<br><br>Defendants. | No. 2:20-cv-07708-JAK-GJS<br><br>**ORDER RE JOINT STIPULATION REQUESTING DISMISSAL (DKT. 48)**<br><br>JS-6 |

Based on a review of the parties' Joint Stipulation Requesting Dismissal (the "Stipulation" (Dkt. 48)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The action is dismissed in its entirety and with prejudice, including all claims and causes of action.

**IT IS SO ORDERED.**

DATED: March 24, 2022

_____
John A. Kronstadt
United States District Judge